**Petition for Reinstatement from Inactive Status.**

**No. 98 DB 1999.**

Supreme Court of Pennsylvania.

March 1, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 1st day of March, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated February 1, 2000, are approved and IT IS ORDERED that JOSEPH D. FRANCIONE, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

**Robert C. GREEN and Judith A. Green, Petitioners,**

v.

**SCHUYLKILL COUNTY BOARD OF ASSESSMENT APPEALS, Respondent.**

Supreme Court of Pennsylvania.

March 6, 2000.

Michael P. Weinstein, Philadelphia, for petitioner.

*ORDER*

PER CURIAM:

AND NOW, this 6 th day of March, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Did the Commonwealth Court err in failing to follow the precedents of this Court concerning the proper standard of proof in real estate tax assessment appeals?